In re O'REILLY. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of the judicial settlement of the account of Frank E. O'Reilly, as executor, etc., of Arthur J. Heaney, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 132 App. Div. 897, 116 N. Y. Supp. 1142, 1143; 118 N. Y. Supp. 1128.

O'REILLY, Appellant, v. MEYER, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Hugh E. O'Reilly against Arthur L. Meyer. E. W. S. Johnston, for appellant. A. Benedict, for respondent. No opinion. Judgment modified, by striking out the words "on the merits," and, as modified, affirmed, without costs. Order affirmed, without costs. Order filed.

O'ROURKE, Respondent, v. GUY B. WAITE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Michael O'Rourke against the Guy B. Waite Company. W. L. Kiefer, for appellant. F. F. Davis, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 125 App. Div. 825, 110 N. Y. Supp. 170. INGRAHAM, J., dissents.

PAINE, Appellant, v. LANROWITZ et al., Respondents. Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by David Paine, as trustee, etc., against Adolph Lanrowitz and another. No opinion. No merit is shown in the appeal, and the motion to dismiss is granted, with costs.

PALLEY, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Abraham B. Palley against Herman Schwartz. No opinion. Judgment of the Municipal Court affirmed, with costs.

PALMATEER v. CLEXTON et al. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Richard D. Palmateer against Mary A. Clexton and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. KELLOGG and SEWELL, JJ., dissent.

PAOLICOHI, Respondent, v. PAOLICOHI, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Regina Paolicohi against Torquato Paolicohi. C. G. F. Wahle, for appellant. G. J. Guidici, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re RODMAN DRAKE PARK. (Supreme Court, Appellate Division, First Department. November 5, 1909.) In the matter of Rodman Drake Park. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PARR, Appellant, v. ALEXANDER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Sarah A. Parr against Lucinda Alexander and others and Jerry Wilson, executor of the last will and testament of John C. Crawford, deceased. PER CURIAM. Judgment and orders affirmed, with costs. COCHRANE, J., dissents.

PATON, Respondent, v. ROEDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Eugene Paton, an infant, by his guardian ad litem, against Frederick Roeder and others. No opinion. Motion to dismiss appeal denied, without costs.

PATON, Respondent, v. ROEDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Eugene Paton, an infant, by William Paton, his guardian ad litem, against Frederick Roeder and others. No opinion. Judgment and order unanimously affirmed, with costs. See, also, supra.

PATTERSON, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Martha D. Patterson against Thomas H. Taylor. A. H. Holbrook, for appellant. M. Holmes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEARSON v. LEARY et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Florence Pearson, an infant, by Matilda Pearson, her guardian ad litem, against May C. Leary and others. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

PEOPLE v. BARONE. SAME v. DAVEY. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Separate proceedings by the People of the State of New York against Michele Barone and against Andrew Davey. No opinion. Motions to dismiss appeals granted. Orders filed.

PEOPLE, Respondent, v. DE BARBERI, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Proceeding by the People of the State of New York against Fred De Barberi. No opinion. Order of the County Court of Westchester county affirmed. See, also, 117 N. Y. Supp. 1143.